**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**In re:**

ADRIANA CALDERON | **Case No. 25-16253-BKC-CAP**

Debtor ______________________/ | Chapter 13

**TRUSTEE'S MOTION TO DISMISS**

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to timely provide current tax returns to Trustee pursuant to the Confirmation Order;

**WHEREFORE**, the Trustee respectfully requests this Honorable Court enter an Order dismissing this case, as dismissal is in the best interests of the creditors and the estate, and grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am a member in good standing of the Bar of the United States District Court for the Southern District of Florida and I am a registered user in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 9010-1(A). A true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 7th day of November, 2026.

*/s/ Robin R. Weiner*

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**Debtor**
ADRIANA CALDERON
250 W HEMINGWAY CIR
MARGATE, FL 33063-5327

**Electronically served upon the following via CM/ECF:**

**Attorney for Debtor**
JOSE A. BLANCO, ESQUIRE
102 E. 49TH ST.
HIALEAH, FL 33013
ESERVICE@BLANCOPA.COM